UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TERRILL JIMERSON** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 1:06CV551 LTS-RHW**

**ALLSTATE INSURANCE COMPANY and**
**CHERISH WALKER** **DEFENDANTS**

## MEMORANDUM OPINION

In accordance with the Memorandum Opinion I have this day entered, it is

**ORDERED**

That the plaintiff's motion to remand [5] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the County Court of Harrison County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which is was removed.

**SO ORDERED** this 31st day of July, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge